No. 72–6690. LEE v. UNITED STATES. C. A. 5th Cir. Motion for leave to proceed *in forma pauperis* and certio-

rari granted. Judgment vacated and case remanded to the United States District Court for the Southern District of Florida with directions to dismiss the indictment. THE CHIEF JUSTICE and MR. JUSTICE BLACKMUN dissent for the reasons stated in the dissenting opinion of MR. JUSTICE BLACKMUN in *Durham* v. *United States*, 401 U. S. 481, 483 (1971). See *Bradley* v. *United States*, 404 U. S. 567 (1972).